UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SCOTTSDALE CAPITAL ADVISORS
CORPORATION and ALPINE
SECURITIES CORPORATION,

                                         Case No.: 8:22-cv-2347-MSS-TGW

      Plaintiffs,

v.

FINANCIAL INDUSTRY
REGULATORY AUTHORITY, INC.,

      Defendant,

UNITED STATES OF AMERICA,

      Defendant-Intervenor

_____/

**PLAINTIFFS' EXHIBIT LIST FOR MAY 22, 2023 HEARING**

Plaintiffs, Scottsdale Capital Advisors Corporation and Alpine Securities Corporation, by counsel and pursuant to this Court's Order dated May 10, 2023 [Doc. 48], identifies the following exhibits that may be offered as evidence at the hearing on Plaintiffs' Motion for Preliminary Injunction scheduled for May 22, 2023 at 1:30 pm [Doc. 48]:

| Exhibit No. | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 1 | | | | FINRA Hearing Location Statistics (https://www.finra.org/arbitration-mediation/dispute-resolution-statistics/hearing-location-statistics) |
| 2 | | | | Dispute Resolution Services Regional Offices and Hearing Locations (https://www.finra.org/arbitration-mediation/dispute-resolution-regional-offices-and-hearing-locations) |
| 3 | | | | 2021 FINRA Annual Financial Report (https://www.finra.org/sites/default/files/2022-06/2021-FINRA-Financial-Annual-Report.pdf) |
| 4 | | | | Sunbiz.org Page for Financial Industry Regulatory Authority, Inc. (https://search.sunbiz.org/Inquiry/CorporationSearch/SearchResultDetail?inquirytype=EntityName&directionType=Initial&searchNameOrder=FINANCIALINDUSTRYREGULATORYAUT%20P186911&aggregateId=fornp-p18691-14503fe6-aa75-4cfe-aea0-cff6c373bc1a&searchTerm=Financial%20Industry%20Regulatory%20Authority&listNameOrder=FINANCIALINDUSTRYREGULATORYAUT%20P186911) |
| | | | | Any exhibits identified and/or relied upon by Defendant |
| | | | | Any rebuttal exhibits as necessary |

/s/ *Kenneth G. Turkel*
Kenneth G. Turkel – FBN 867233
LEAD COUNSEL
E-mail:  kturkel@tcb-law.com
David A. Hayes – FBN 096657
E-mail:  dhayes@tcb-law.com
TURKEL CUVA BARRIOS, P.A.
100 North Tampa Street, Suite 1900
Tampa, FL  33602
Phone: (813) 834-9191
Fax: (813) 443-2193

Maranda E. Fritz
*Admitted Pro Hac Vice*
maranda@fritzpc.com
Maranda E. Fritz PC
521 Fifth Avenue 17th Floor
New York, New York 10175
Phone: (646) 584-8231

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 18, 2023, the foregoing document was filed with the Court's CM/ECF system, which will send electronic notice to all counsel of record.

/s/ *Kenneth G. Turkel*
Attorney

3