UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

SCOTTSDALE CAPITAL ADVISORS
CORPORATION and ALPINE
SECURITIES CORPORATION,

    Plaintiffs,

v.

FINANCIAL INDUSTRY
REGULATORY AUTHORITY, INC.,

    Defendant,

UNITED STATES OF AMERICA,

    Intervenor Defendant.

_____/

Case No.: 1:23-cv-1506-BAH

## [PROPOSED] ORDER GRANTING PLAINTIFF ALPINE SECURITIES CORPORATIONS' RENEWED MOTION FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER

Upon consideration of Plaintiff Alpine Securities Corporation's renewed motion for a preliminary injunction and temporary restraining order, the briefing of the parties, and the entire record herein, it is hereby,

ORDERED that the renewed Motion is GRANTED, and Defendant Financial Industry Regulatory Authority, Inc. (FINRA) and those in active concert or participation with it, are restrained and enjoined from continuing or further prosecuting the enforcement proceeding, *Department of Enforcement v. Alpine Securities Corporation*, Proceeding No. 201961232603, against Alpine until Alpine's claims in this case are resolved or until further order from this Court. SO ORDERED.

Dated: _____

                                                                                                        _____
                                                                                                        BERYL A. HOWELL
                                                                                                        UNITED STATES DISTRICT JUDGE