UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| SCOTTSDALE CAPITAL ADVISORS CORPORATION and ALPINE SECURITIES CORPORATION,<br><br>    Plaintiffs,<br><br>v.<br><br>FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC.,<br><br>    Defendant,<br><br>UNITED STATES OF AMERICA,<br><br>    Intervenor Defendant.<br>_____/ | Case No.: 1:23-cv-1506-BAH |

## LCvR 65.1 CERTIFICATE

Pursuant to LCvR 65.1(a), Plaintiffs state that actual notice of the time of making this application, and copies of all pleadings and papers filed in the action to date or to be presented to the Court at the hearing, have been furnished to Defendant and the Intervenor-Defendant. All parties will be notified by the Court's CM/ECF system of the filing of this application, and all papers filed in the action are available on the CM/ECF system.

Dated: May 30, 2023

Kenneth G. Turkel*
Florida Bar No.: 867233
LEAD COUNSEL
E-mail: kturkel@tcb-law.com
David A. Hayes*
Florida Bar No.: 096657
E-mail: dhayes@tcb-law.com
TURKEL CUVA BARRIOS, P.A.

Respectfully submitted,

/s/    David H. Thompson
David H. Thompson (Bar No. 450503)
Cooper & Kirk, PLLC
1523 New Hampshire Ave, N.W.
Washington, D.C. 20036
Phone: (202) 220-9649

Maranda E. Fritz*
maranda@fritzpc.com

| | |
|---|---|
| 100 North Tampa Street, Suite 1900<br>Tampa, FL  33602<br>Phone: (813) 834-9191 | Maranda E. Fritz PC<br>521 Fifth Avenue 17th Floor<br>New York, New York 10175<br>Phone: (646) 584-8231<br><br>*Attorneys for Plaintiffs*<br>*\*Pro hac vice application forthcoming* |