UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCOTTSDALE CAPITAL ADVISORS CORPORATION and ALPINE SECURITIES CORPORATION, | Civil Action No. 23-1506 (BAH) |
| Plaintiffs, | Judge Beryl A. Howell |
| v. | |
| FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC., | |
| Defendant, | |
| UNITED STATES OF AMERICA, | |
| Intervenor Defendant. | |

**ORDER**

Upon consideration of plaintiff Alpine Securities Corporation's Motion for Reconsideration of Minute Order Denying Emergency Preliminary Injunction Motion, ECF No. 65, plaintiff Alpine Securities Corporation's Renewed Emergency Motion for Preliminary Injunction and Temporary Restraining Order, ECF No. 66, the memoranda submitted in support and opposition of both motions, the exhibits attached thereto, the arguments presented at the hearing on June 1, 2023, the supplemental post-hearing briefing, and the entire record herein, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that plaintiff's Motion for Reconsideration of Minute Order Denying Emergency Preliminary Injunction Motion, ECF No. 65, is GRANTED; and it is further

**ORDERED** that plaintiff's Renewed Emergency Motion for Preliminary Injunction and Temporary Restraining Order, ECF No. 66, is DENIED.

**SO ORDERED.**

Date: June 7, 2023

>                                    _____
>                                    BERYL A. HOWELL
>                                    District Judge