UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| SCOTTSDALE CAPITAL ADVISORS CORPORATION and ALPINE SECURITIES CORPORATION,<br><br>    Plaintiffs,<br><br>v.<br><br>FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC.,<br><br>    Defendant,<br><br>UNITED STATES OF AMERICA,<br><br>    Intervenor Defendant. | Case No.: 1:23-cv-1506-BAH |

## NOTICE OF APPEAL

Notice is hereby given this 8th day of June, 2023, that Plaintiff Alpine Securities Corporation appeals to the United States Court of Appeals for the District of Columbia Circuit from: (1) the district court's order and memorandum opinion denying Plaintiff's Renewed Emergency Motion for Preliminary Injunction (ECF 87 and 88) entered on June 7, 2023.

Dated: June 8, 2023                                                       Respectfully submitted,

*/s/David H. Thompson*
David H. Thompson
Brian W. Barnes*
Cooper & Kirk, PLLC
1523 New Hampshire Ave, N.W.
Washington, D.C. 20036
Phone: (202) 220-9649
dthompson@cooperkirk.com
bbarnes@cooperkirk.com

Kenneth G. Turkel*
David A. Hayes*
TURKEL CUVA BARRIOS, P.A.
100 North Tampa Street, Suite 1900
Tampa, FL  33602
Phone: (813) 834-9191
dhayes@tcb-law.com
kturkel@tcb-law.com

Maranda E. Fritz*
Maranda E. Fritz PC
521 Fifth Avenue 17th Floor
New York, New York 10175
Phone: (646) 584-8231
maranda@fritzpc.com

*Attorneys for Plaintiff*

*\*Admitted pro hac vice*