# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 23-5129**                  **September Term, 2022**

**1:23-cv-01506-BAH**

**Filed On:** June 8, 2023

Alpine Securities Corporation,

      Appellant

Scottsdale Capital Advisors Corporation,

      Appellee

  v.

Financial Industry Regulatory Authority, Inc.
and United States of America,

      Appellees

    **BEFORE:**    Henderson, Walker, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the emergency motion for injunction pending appeal, it is

**ORDERED** that the Financial Industry Regulatory Authority's expedited enforcement proceeding be administratively stayed pending further order of the court. The purpose of this administrative stay is to give the court sufficient opportunity to consider the emergency motion for an injunction pending appeal and should not be construed in any way as a ruling on the merits of that motion. See <u>D.C. Circuit Handbook of Practice and Internal Procedures</u> 33 (2021). It is

**FURTHER ORDERED** that appellees file responses to the emergency motion by 4:00 p.m. on Thursday, June 15, 2023. Any reply is due by 4:00 p.m. on Tuesday, June 20, 2023.

### Per Curiam

                                            **FOR THE COURT:**
                                            Mark J. Langer, Clerk

                            BY:    /s/
                                     Tatiana Magruder
                                     Deputy Clerk