**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| SCOTTSDALE CAPITAL ADVISORS CORPORATION and ALPINE SECURITIES CORPORATION, | |
| Plaintiffs, | Case No.: 1:23-cv-1506-BAH |
| v. | |
| FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC., | |
| Defendant, | |
| UNITED STATES OF AMERICA, | |
| Intervenor Defendant. | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION**
**TO HOLD PROCEEDINGS IN ABEYANCE PENDING**
**THE D.C. CIRCUIT'S RESOLUTION OF THE PENDING APPEAL**

Upon consideration of Plaintiffs' motion to hold proceedings in abeyance pending the D.C. Circuit's resolution of the pending appeal, and the entire record herein, it is hereby,

ORDERED that the Motion is GRANTED, and these proceedings, including the Briefing Order of May 30, 2023, and all other pending motions and deadlines, are held in abeyance until the D.C. Circuit issues its opinion and mandate in *Alpine v. FINRA*, No. 23-5129, the pending appeal of the preliminary injunction proceedings in this matter.

SO ORDERED.

Dated: _____

_____
BERYL A. HOWELL
UNITED STATES DISTRICT JUDGE

1