## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Scottsdale Capital Advisors Corporation and Alpine Securities Corporation,<br>       Plaintiffs,<br>  v.<br><br>Financial Industry Regulatory Authority, Inc.,<br>       Defendant,<br><br>United States of America,<br>       Intervenor Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:23-cv-01506-BAH<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### [PROPOSED] ORDER

Upon consideration of the Motion to Hold Proceedings in Abeyance filed by Plaintiffs and the Opposition filed by Defendant Financial Industry Regulatory Authority, Inc., it is hereby:

ORDERED that Plaintiffs' motion is DENIED.

Dated:

_____
Beryl A. Howell
United States District Judge

## NAMES OF PERSONS TO BE SERVED

David Henry Thompson
Brian W. Barnes
COOPER & KIRK, PLLC
1523 New Hampshire Ave, NW
Washington, DC 20036

Kenneth Turkel
David Hayes
TURKEL CUVA BARRIOS, P.A.
100 N. Tampa Street
Suite 1900
Tampa, FL 33602

Maranda E. Fritz
MARANDA E. FRITZ PC
521 Fifth Avenue 17th Floor
New York, NY 10175

Amir Cameron Tayrani
Alex Gesch
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Avenue, NW
Suite 300
Washington, DC 20036-5306

Stephen M. Pezzi
Christine L. Coogle
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530