UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCOTTSDALE CAPITAL ADVISORS CORPORATION and ALPINE SECURITIES CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC.,<br><br>Defendant,<br><br>UNITED STATES OF AMERICA,<br><br>Intervenor Defendant. | Civil Action No. 23-1506 (BAH)<br><br>Judge Beryl A. Howell |

**ORDER**

In accordance with the D.C. Circuit's Mandate, ECF No. 99, regarding plaintiffs' appeal of the denial of plaintiffs' Renewed Emergency Motion for Preliminary Injunction and Temporary Restraining Order, ECF No. 66, it is hereby

**ORDERED** that the Financial Industry Regulatory Authority ("FINRA") is preliminarily enjoined from expelling Alpine Securities Corporation until either the U.S. Securities and Exchange Commission ("SEC") reviews the FINRA expulsion order on the merits or the time for Alpine to seek SEC review of the expulsion order expires; it is further

**ORDERED** that the Court's previous Order denying plaintiffs' motion for issuance of a preliminary injunction and temporary restraining order, ECF No. 87, is vacated only to the extent it is inconsistent with this Order; and it is further

**ORDERED** that, by March 14, 2025, the parties submit a joint status report proposing a schedule to govern further proceedings in this case, including any briefing necessary to resolve defendant's pending Motion to Dismiss Plaintiffs' Second Amended Complaint, ECF No. 93.

**SO ORDERED.**

Date: February 24, 2025

_____
**BERYL A. HOWELL**
United States District Judge