**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SCOTTSDALE CAPITAL ADVISORS
CORPORATION and ALPINE SECURITIES
CORPORATION,

            Plaintiffs,

            v.

FINANCIAL INDUSTRY REGULATORY
AUTHORITY, INC.,

            Defendant,

UNITED STATES OF AMERICA,

            Intervenor Defendant.

Civil Action No. 23-1506 (BAH)

Judge Beryl A. Howell

**ORDER**

Upon consideration of defendant the Financial Industry Regulatory Authority's ("FINRA") Motion to Dismiss, ECF No. 107, the legal memoranda in support and opposition thereto, including defendant-intervenor United States' Memorandum of Law in Defense of the Challenged Provisions of the Federal Securities Laws, ECF No. 108, and the entire record herein, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby—

**ORDERED** that defendant FINRA's Motion to Dismiss, ECF No. 107, the Third Amended Complaint, ECF No. 106, filed by plaintiffs Scottsdale Capital Advisors Corporation and Alpine Securities Corporation, is **GRANTED**; it is further

**ORDERED** that this case is dismissed; and it is further

**ORDERED** that the Clerk of Court is directed to close this case.

**SO ORDERED.**

*This is a final and appealable order.*

Date: April 23, 2026

                                  _____
                                  **BERYL A. HOWELL**
                                  United States District Judge